

**KATHRYN DAVIS**
Attorney at Law

T 713-520-1900  F 713-520-1025
kdavis@mcglinchey.com

McGlinchey Stafford PLLC
1001 McKinney, Suite 1500
Houston, TX  77002

June 7, 2024

The Honorable George C. Hanks, Jr
United States District Judge
Southern District of Texas, Houston Div.
515 Rusk St., Room 6202
Houston, TX 77002

RE:     Case 4:24-cv-02016,  *Valifornia Inc. v. U.S. Bank National Association as Trustee*

Your Honor:

This firm represents Defendant U.S. Bank National Association as Trustee ("Defendant") in the above-referenced proceeding. In accordance with Part 6.B. of the Court's Procedures, Defendant submits this pre-motion conference letter to inform the Court of its intention to file a motion to dismiss the Petition filed on May 1, 2024 ("Complaint") by Plaintiff Valifornia Inc. ("Plaintiff"), for failure to state a plausible claim for relief pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendant respectfully request a pre-motion conference to discuss these issues with the Court.

Plaintiff as a junior lienholder is not a borrower and is not entitled to the requisite pre-foreclosure notices as provided for in the Texas Property Code, Section 51. Even if Plaintiff did have standing, Texas does not recognize a claim for violation of the Texas Property Code, Section 51.002.  Similarly, Plaintiff is not entitled to a declaratory judgment "that the pending foreclosure sale of their Property is wrongful." Compl. ¶ 19.

For all these reasons, Defendant respectfully requests a pre-motion conference as soon as practicable, or a determination by the Court not to conduct a pre-motion conference, so that Defendant may proceed with the filing of their motion to dismiss the Complaint.

Sincerely,

McGlinchey Stafford PLLC

*/s/ Kathryn Davis*
Kathryn Davis


cc:     VIA CM/ECF
        Robert Clayton Vilt, clay@viltlaw.com

mcglinchey.com

Albany  Baton Rouge  Birmingham  Boston  Cleveland  Dallas  Fort Lauderdale  **Houston**
Irvine  Jackson  Jacksonville  Nashville  New Orleans  New York City  Washington, DC