# HEARING MINUTES

Cause No:          4:24-CV-2016

Style:              Valiforinia Inc. v. U.S. Bank National Association as Trustee

Hearing Type:   Pre-motion conference

**Appearances:**

| **Counsel** | **Representing** |
| --- | --- |
| Robert Clayton Vilt | Plaintiff |
| Kathryn Buza Davis | Defendant |

Date:  June 27, 2024          Court reporter: ERO
Time: 2:38 p.m.—2:46 p.m.     Law Clerk:  L. McKinney

At the hearing, the following rulings were made as stated on the record:

> The Court held a pre-motion conference regarding docket entry 7. Defendant may file a motion to dismiss **on or before July 19, 2024**. Plaintiff may file a response to Defendant's motion **within 21 days** of the date on which Defendant files its motion. Defendant may file a reply brief **within seven days** of the date on which Plaintiff files its response.