United States District Court
Southern District of Texas
**ENTERED**
March 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VALIFORNIA INC., § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-2016 |
| § | |
| U.S. BANK N.A., § | |
| Defendant. § | |

## FINAL JUDGMENT

In a *Memorandum Opinion and Order* issued simultaneously with this judgment, the Court granted the motion to dismiss filed by Defendant U.S. Bank National Association. (Dkt. 16). In accordance with that ruling, Plaintiff Valifornia Inc.'s claims are **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs. Any other pending motions are **DENIED AS MOOT**.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Houston, Texas on March 13, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE